**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| INDIAN CREEK FABRICATORS, INC., | : : : | Case No. 3:24-cv-00096 |
| Plaintiff, | : : | Magistrate Judge Caroline H. Gentry (by full consent of the parties) |
| vs. | : : | |
| MIDCENTRAL ENERGY PARTNERS, LLC, | : : : | |
| Defendant. | : : | |

---

**ORDER GRANTING JOINT MOTION FOR STAY
AND VACATING THE CURRENT SCHEDULING ORDER**

---

This matter is before the Court on the Parties' Joint Motion for Stay and to Vacate the Scheduling Order ("Joint Motion," Doc. No. 43). For good cause shown, the Court **GRANTS** the Joint Motion and **STAYS** this litigation pending resolution of the Motion to Dismiss or in the Alternative, To Stay, Or Transfer the Case in Case Number 5:25-cv-00109-SLP in the United States District Court for the Western District of Oklahoma ("Oklahoma Motion"). This stay shall not prevent the parties from continuing to engage in discovery as described in the Joint Motion. (Doc. No. 43 at PageID 773.)

The Court also **VACATES** the Third Amended Scheduling Order (Doc. No. 39) and all deadlines set forth therein. The parties are **ORDERED** to notify the Court within ten (10) days after a decision on the Oklahoma Motion and request a conference. Prior to that conference, the parties shall meet and confer, and then submit a proposed amended case schedule that accounts for the impact of the resolution of the Oklahoma Motion.

1

**IT IS SO ORDERED**.

*/s/ Caroline H. Gentry*
Hon. Caroline H. Gentry
United States Magistrate Judge